**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBIN ANDERSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PARKWAY PARKING MANAGEMENT** | : | |
| **INC. and RACE PARKING** | : | |
| **ASSOCIATES, L.P.** | : | **NO. 17-3121** |

## ORDER

**NOW**, this 11th day of October, 2017, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE